NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IGT,**
*Plaintiff-Cross Appellant,*

v.

**BALLY GAMING INTERNATIONAL, INC., BALLY TECHNOLOGIES, INC., AND BALLY GAMING, INC. (DOING BUSINESS AS BALLY TECHNOLOGIES),**
*Defendants-Appellants.*

---

2010-1364, -1365

---

Appeals from the United States District Court for the District of Delaware in case no. 06-CV-0282, Judge Sue L. Robinson.

---

## ON MOTION

---

## O R D E R

Bally Gaming International, Inc., Bally Technologies, Inc., and Bally Gaming, Inc., move for a 45-day extension of time, until March 14, 2011, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

JAN 13 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Deanne E. Maynard, Esq.
Charles K. Verhoeven, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2011

JAN HORBALY
CLERK